UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM BARTON,<br><br>    Petitioner,<br><br>    v.<br><br>CALIFORNIA MENS COLONY,<br><br>    Respondent. | No. 2:22-cv-01899-EFB (HC)<br><br>ORDER AND FINDINGS AND RECOMMENDATIONS |

    Petitioner is a state prisoner without counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On January 6, 2023, the court dismissed the petition with leave to amend pursuant to Rule 4 of the Rules Governing Section 2254 cases. ECF No. 8. The court granted petitioner 30 days to file an amended petition. *Id.* The court also warned petitioner that failure to comply could result in a recommendation that this action be dismissed. *Id.* The time for acting has passed and petitioner has not filed an amended petition or otherwise responded to the court's order. Thus, it appears that petitioner is unable or unwilling to cure the defects in the petition.

    Accordingly, it is ORDERED that the Clerk of the Court randomly assign a United States District Judge to this action.

    Further, it is RECOMMENDED that this action be DISMISSED for the reasons stated in the January 6, 2023 order.

/////

1

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections shall be served and filed within fourteen days after service of the objections.  Failure to file objections within the specified time may waive the right to appeal the District Court's order. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).  In his objections petitioner may address whether a certificate of appealability should issue in the event he files an appeal of the judgment in this case.  *See* Rule 11, Rules Governing Section 2254 Cases (the district court must issue or deny a certificate of appealability when it enters a final order adverse to the applicant).

Dated: February 16, 2023.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE